

**MONJASA**
Bunkering knowledge

| | |
|---|---|
| INVOICE # | AE25476 |

M/V GOOD PROVIDENCE and/or master and/or
owners and/or charterers and/or
managers and/or operators and/or
Goodearth Maritime Ltd.
5th floor, Tower 2, TVH Beliciaa Towers,
No. 94, MRC Nagar
600028 - Chennai
India

| | |
|---|---|
| Invoice Date | 08-01-2013 |
| **Delivery Date** | **01-12-2012** |
| Your Ref | K.Sankareswaran |

We hereby debit you concerning GOOD PROVIDENCE (imo: 9323637) delivered at Trinidad as follows:

| Product Description | Quantity | Unit | Price/Unit | Total |
|---|---|---|---|---|
| Ifo-380cst RMG380 3.5% | 297,1320 | Mts | 680,00 | 202.049,76 |

| | |
|---|---|
| **Total amount due in USD (Free of VAT)** | **202.049,76** |

*Remark:*
*Bunker Receipt(s) enclosed.*

**PAYMENT MUST BE RECEIVED IN FULL BEFORE OR ON DUE DATE AND
WITHOUT ANY DEDUCTIONS. ALL BANK CHARGES ARE FOR BUYER'S ACCOUNT.**

**Payment should be instructed from you no later than: 29-12-2012**

For late payment, a monthly interest of 2% per month will apply.
The interest will be calculated for each overdue day.

| Please pay to: | Beneficiary | Monjasa DMCC | S.W.I.F.T | SYBKDK22 |
|---|---|---|---|---|
| | Reference | Invoice no. AE25476 | IBAN | DK6580720009412751 |
| | Bank | Sydbank | Bank slip to fax | 74 37 35 20 |

Please scan a copy of your bank slip and email it to accountsuae@monjasa.com or fax it to +971 4 432 8637

In case of questions, you are welcome to contact our accounts department on phone +971 4 420 8600

| | | |
|---|---|---|
| Monjasa DMCC | Phone : | +971 4 420 8600 |
| Jumeirah Lake Tower, AG Tower, Office No 35 JKL | Fax : | +971 4 432 8637 |
| Dubai, UAE | Email : | dubai@monjasa.com |

Exhibit D

| | | | |
|---|---|---|---|
| DATE OF ISSUE: | 01 December 2012 |
| VESSEL: | GOOD PROVIDENCE |
| IMO: | 9323637 |
| PORT: | OFFSHORE TRINIDAD |
| DELIVERY DATE: | 01 December 2012 |
| CUSTOMER: | |

| GRADE | TOTAL OBSERVED VOLUME LTRS | GROSS STANDARD VOLUME AT 15C /M3 | BILLING QUANTITY MT | DENSITY AT 15°C |
|---|---|---|---|---|
| IFO 380 CST | 309796 | 304.407 | 297.132 | 0.9772 |
| SULPHUR (%m/m) | | | | OBSERVED TEMPERATURE °C |
| 1.80 | | | | 40.00 |

Quantity (written in full): TWO HUNDRED NINETY SEVEN DECIMAL ONE THREE TWO METRIC TONS

| PUMPING HRS | METHOD OF DELIVERY | |
|---|---|---|
| STARTED: Date: 01 December 2012 Time: 04:42 | BARGE | EX - PIPE |
| FINISHED: Date: 01 December 2012 Time: 06:25 | KEFALONIA | |

A. YOU ARE KINDLY REQUESTED TO WITNESS THE OPENING AND CLOSING METER READING AND BARGE SOUNDINGS BEFORE COMMENCING AND AFTER COMPLETION OF BUNKERING OPERATIONS. THESE READINGS WILL BE USED AS FINAL MEANS OF MEASUREMENT AND WILL BE THE OFFICIAL BASIS IN DETERMINING THE QUANTITY DELIVERED TO VESSEL, OWNERS AND/OR OPERATORS AND/OR CHARTERERS OF THE VESSEL TO BE JOINTLY AND SEVERALLY LIABLE FOR THE PAYMENT OF ALL AND ANY BUNKERS SUPPLIED HEREUNDER AND UNTIL THE AMOUNT DUE UNDER THE INVOICE FOR THEM HAS BEEN PAID IN FULL THE PROPERTY OF SUCH BUNKERS REMAIN WITH THE SUPPLIERS. ALL DISPUTES THAT MIGHT ARISE FROM THIS BUNKERING OPERATION WILL BE SETTLED BY THE GREEK COURTS. THE SAMPLE IS VALID FOR (15) FIFTEEN DAYS ONLY.
B. DECLARATION: THE FUEL OIL COMPLIES WITH REGULATIONS 14 AND 18 OF ANNEX VI OF MARPOL 73/78.

| SUPPLY SHIP | RECEIVING SHIP | RECEIVING SHIP SAMPLE |
|---|---|---|
| SHIP'S SEAL: M/T KEFALONIA MONROVIA CAPTAIN (Name & Signature) Bayani D. Dat... IMO No.: 9382188 | M.V. GOOD PROVIDENCE SHIP'S SEAL: CHIEF ENGINEER CAPTAIN and/or CHIEF ENGINEER (Name & Signature): M. PEDAM | TRO7143 |
| | | SUPPLY SHIP SAMPLE |
| | | TRO7144 |
| | | TRO7145 |
| | | MARPOL SAMPLE |
| | | TRO7146 |

"BUNKER DELIVERY RECEIPT"

# Parul Dhingra (Monjasa DMCC)

**From:** parthiban/GML/Commercial <commercial@goodearth.co.in>
**Sent:** Wednesday, November 28, 2012 4:19 PM
**To:** 'parthiban/GML/Commercial'; Parul Dhingra (Monjasa DMCC)
**Subject:** RE: mv.Good Providence - v.50 (tc) - ABT - cp dt: 23.11.2012 - bunker quote - Orinoco River

Dear Parul

Pls provide us the physical supplier to inform the master and local agents.

Laycan 1 – 2 dec 2012 agw wp.

Thanks n brgds
Parthiban

---

**From:** parthiban/GML/Commercial [mailto:commercial@goodearth.co.in]
**Sent:** 28 November 2012 17:46
**To:** 'Parul Dhingra (Monjasa DMCC)'
**Cc:** 'Parthipan core mineral'
**Subject:** RE: mv.Good Providence - v.50 (tc) - ABT - cp dt: 23.11.2012 - bunker quote - Orinoco River

Goodday dear Parul

We confirm USD 680 pmt for supply of about 300 mts off Shore Puerto La Cruz, Barging on your account.

Thanks n brgds
Parthiban

---

**From:** Parul Dhingra (Monjasa DMCC) [mailto:pda@monjasa.com]
**Sent:** 28 November 2012 17:56
**To:** 'Sankareswaran/GML/Commercial'
**Cc:** 'info@goodearth.co.in'
**Subject:** RE: mv.Good Providence - v.50 (tc) - ABT - cp dt: 23.11.2012 - bunker quote - Orinoco River

Dear Shankar,

Pleased to reoffer as follows

Offshore Puerto La Cruz:

RMG380:                   USD 680,00 P/MT

* Bunkering Off shore Puerto La Cruz (barging on our account)

* We guarantee specs ISO 8217-2005. Our typical IFO's sulphur content is 2%-2.5%.
* Please provide vessel's IMO and flag.
* Price is valid for 7 days including day of confirmation.
* Send your acceptance of this offer before next business day at 09:00 hrs local time to keep price and conditions, otherwise, a new quotation will     be needed. In order to guarantee delivery in due time, your confirmation must be received at least 3 working days prior delivery date.
* Earliest delivery date depends on agent's arrangement for paperwork 24 hrs notice.
* No mooring maneuvers during night hours are allowed by port
* Price valid for 10 mins.

1