

**Bunkering knowledge**

# BALANCE

Goodearth Maritime Ltd.  
5th floor, Tower 2, TVH Beliciaa Towers  
No. 94, MRC Nagar  
600028 - Chennai  
India

Issue date: 15-01-2013  
Monthly rate: Interest 2%

Please find here below the updated statement of balance.

| Duedate | Invoice | Ship | Amount | Currency | Overdue days | Remaining amount | | Interest |
|---|---|---|---|---|---|---|---|---|
| 31-12-12 | AE25476 | GOOD PROVIDENC | 202.049,76 | USD | 15 | 202.049,76 | | 2.020,50 |
| | | | | **Mainsum** | | **202.049,76** | **Interest** | **2.020,50** |
| | | | | | | **Total balance** | | **204.070,26** |

Please remit the outstanding balance and forward bank slip for us to trace the funds.

Thanks in advance.

**Monjasa DMCC**  
Accounts department

---

Monjasa DMCC  
Jumeirah Lake Tower  
AE Dubai

Reg. no. 30528

Phone +971 4 420 8600  
Fax +971 4 432 8637  
Email dubai@monjasa.com

Exhibit E